# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **BRANDON MARTELL ODEN,** | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO. 17-0205-TM-MU |
| **CYNTHIA STEWART,** *et al.*, | ) |
| Defendants. | ) |

## ORDER

On August 10, 2018, the Magistrate Judge filed a Recommendation in this case. *See* Doc. 29. After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge is **ADOPTED**. It is **ORDERED** that summary judgment is **GRANTED** in favor of Defendant Warden Cynthia Stewart and Plaintiff's claims against said Defendant are **DISMISSED with prejudice**.

This action is referred to the Magistrate Judge for a report and recommendation with respect to summary judgment as to Defendants Jesse Wilson and C. Arthur.

DONE and ORDERED this 18th day of September, 2018.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE