IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| BRANDON MARTELL ODEN, | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | CIVIL ACTION 17-0205-TM-MU |
| | : | |
| WARDEN CYNTHIA STEWART, | : | |
| Defendant. | : | |

**REPORT AND RECOMMENDATION**

Plaintiff Brandon Martell Oden, an Alabama prison inmate proceeding *pro se* and *in forma pauperis*, filed a complaint under 42 U.S.C. § 1983. This action was referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72(a)(2)(R), and is now before the court following the undersigned's notification of intent to recommend summary judgment for the remaining, unserved, defendants pursuant to Fed. R. Civ. P. 56(f)(3). After thorough review of the record and no objections having been filed to the court's Notice to Recommend Summary Judgment in favor of Defendant Warden Cynthia Stewart, the undersigned now recommends to the presiding District Judge that summary judgment be granted, *sua sponte*, in favor of Defendants Officer Jesse Wilson and Officer C. Arthur.

Plaintiff Oden brought this § 1983 action against Warden Cynthia Stewart, Officer Jesse Wilson, and Officer C. Arthur. (Doc. 7 at 5, 7-8, 10, 14-15).

Defendant Cynthia Stewart was served with the suit and answered the same. (Docs. 20, 21, 26). The court converted Defendant's answer and special report into a motion for summary judgment (Doc. 22), and August 10, 2018, the undersigned entered a report and recommendation, *inter alia*, that summary judgment be granted in favor of Defendant Cynthia Stewart. (Doc. 29).

The report also notified Plaintiff, pursuant to Rule 56(f)(3) of the *Federal Rules of Civil Procedure*, of the court's intent to recommend summary judgment in favor of the unserved defendants, Officer Jesse Wilson and Officer C. Arthur, on all claims raised. The court explained in its report that Plaintiff Oden presented no additional allegations or differing facts as to his claims against Defendants Wilson and Arthur than those presented against Defendant Stewart regarding the acts of excessive force, denial of medical care, false disciplinary charges, and deprivation of property. (Doc. 29). Thus, the court maintained its analysis of the allegations against Defendants Wilson and Arthur would be identical to those of Defendant Stewart to whom summary judgment was granted. Plaintiff Oden was notified of the court's intention to recommend summary judgment in favor of Defendant Officers Wilson and Arthur, and its reasoning for so doing. Plaintiff was instructed that he had fourteen days to object to the report and recommendation or the undersigned would recommend to the District Judge that summary judgment be granted in favor of Defendants Jesse Wilson and C. Arthur, and a final judgment be entered in this case without trial. (*Id.*).

The District Judge adopted the report and recommendation on September

18, 2018 (Doc. 31), and to date, Plaintiff Oden has made no objections to the report and recommendation, including the notification to enter summary judgment in favor of Defendants Jesse Wilson and C. Arthur.

Therefore, with no objections having been made to the August 10, 2018 report and recommendation, the undersigned hereby incorporates by reference and adopts the analysis of the previous report and recommendation (Doc. 29) and recommends that pursuant to Rule 56(f)(3) of the *Federal Rules of Civil Procedure* summary judgment be entered in favor of Defendants Jesse Wilson and C. Arthur and that Plaintiff Oden's complaint be dismissed in its entirety.

## **NOTICE OF RIGHT TO FILE OBJECTIONS**

A copy of this report and recommendation shall be served on all parties in the manner provided by law. Any party who objects to this recommendation or anything in it must, within fourteen (14) days of the date of service of this document, file specific written objections with the Clerk of this Court. *See* 28 U.S.C. § 636(b)(1); FED.R.CIV.P. 72(b); S.D. ALA. L.R. 72(c). The parties should note that under Eleventh Circuit Rule 3-1, "[a] party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions if the party was informed of the time period for objecting and the consequences on appeal for failing to object. In the absence of a proper objection, however, the court may review on appeal for plain error if necessary in the interests of justice." 11th Cir. R. 3-1. In order to be specific, an objection must identify the

3

specific finding or recommendation to which objection is made, state the basis for the objection, and specify the place in the Magistrate Judge's report and recommendation where the disputed determination is found. An objection that merely incorporates by reference or refers to the briefing before the Magistrate Judge is not specific.

DONE this 20th day of September, 2018.

>s/P. Bradley Murray  
> P. BRADLEY MURRAY  
> UNITED STATES MAGISTRATE JUDGE