# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| BRANDON MARTELL ODEN, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO. 17-0205-TM-MU |
| CYNTHIA STEWART, *et al.*, | ) |
| Defendants. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge (Doc. 32) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that summary judgment is **GRANTED** in favor of Defendants Jesse Wilson and C. Arthur, and Plaintiff's claims against said Defendants are **DISMISSED with prejudice**.

**DONE and ORDERED** this 16th day of October, 2018.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE