# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| BRANDON MARTELL ODEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 17-0205-TM-MU |
| | ) | |
| CYNTHIA STEWART, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

In accordance with the Order granting summary judgment in favor of Defendant Warden Cynthia Stewart (Doc. 31) and the Order entered on this date granting summary judgment in favor of Defendants Jesse Wilson and C. Arthur, it is hereby **ORDERED, ADJUDGED, and DECREED** that all of Plaintiff's claims are hereby **DISMISSED with prejudice** in their entirety.

**DONE and ORDERED** this 16th day of October, 2018.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE